UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PATRICIA E. ROBINSON,       )
GARY ROBINSON,              )
                            )
            Plaintiffs,     )
                            )
      vs.                   )   No. 1:13-cv-00605-SEB-DML
                            )
THE KROGER CO.,             )
                            )
            Defendant.      )

# JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiffs.

IT IS SO ORDERED.

Date: 07/10/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Roger P. Ralph
ATTORNEY AT LAW
rpralph53@gmail.com

Daniel LaPointe Kent
LAPOINTE LAW FIRM P.C.
dkent@lapointelawfirm.com

Donald B. Kite, Sr.
WUERTZ LAW OFFICE LLC
don@wuertzlaw.com